■ HOTEL CORPORATION OF AMERICA, Appellant, v. MILDRED T. REICH, Individually and as Executrix of MARGARET ALBRIGHT, Deceased, Respondent. HOTEL CORPORATION OF AMERICA, Appellant, v. ROSETTA V. CAVANAUGH et al., Respondents.— Judgment as against Mildred T. Reich, etc., and judgment as against Rosetta V. Cavanaugh and others, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ.

■ REGINA R. FELDMAN, as Administratrix of the Estate of JULIUS FELDMAN, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground of excessiveness of the damages awarded, unless the plaintiff stipulates to reduce the verdict to $15,000 on the first cause of action, and $75,000 on the second cause of action in which event the judgment, as so modified, is affirmed, without costs. Settle order on notice. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ.

■ In the Matter of JONES PIES, INC., Appellant, against MUNICIPAL COURT OF THE CITY OF NEW YORK, BOROUGH OF MANHATTAN, SECOND DISTRICT, et al., Respondents.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ.

■ SAMUEL LEVITEN, Appellant, v. UTAH POULTRY & FARMERS COOPERATIVE, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD JOSEPH POGOR and MIGUEL QUINONES, Appellants.— Judgment as against Edward Joseph Pogor, and judgment as against Miguel Quinones, unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Valente and Bastow, JJ.

■ HERMAN H. GROSS, Respondent, v. MOLMAR BUS TRANSPORTATION COMPANY et al., Appellants.— We find the judgment entered herein by the court below sitting without a jury is sustained by the record, except for the damages awarded, which are excessive. Accordingly the judgment appealed from is modified pursuant to the provisions of subdivision 2 of section 584 of the Civil Practice Act, by reducing the award to $30,000 (see Leonard v. Frantz Co., 268 App. Div. 144, 148). Judgment unanimously modified accordingly and, as so modified, affirmed, without costs. Settle order on notice. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ.